UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY,

    Plaintiff/Counter-Defendant,

v.                                           Case No. 24-CV-1170 GBW/GJF

J C SERVICES, LLC and
J&J INVESTMENTS, LLC

    Defendants/Counterclaimants,

and

JC SERVICES, LLC; and
J&J INVESTMENTS, LLC

    Plaintiffs,

v.                                           Case No. 2:24-CV-01260 GJF/JHR
                                                    (Consolidated into the above case)

CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON; HAMILTON INSURANCE DAC; and
NATIONAL AMERICAN INSURANCE COMPANY.

    Defendants.

## ORDER GRANTING DEFENDANTS/COUNTERCLAIMANTS' <u>UNOPPOSED MOTION TO CONSOLIDATE ACTIONS</u>

THIS MATTER came before the Court on Defendant/Counterclaimants JC Services, LLC and J&J Investments, LLC (collectively "JC") unopposed Motion to Consolidate Actions. ECF 17. After reviewing the Motion, noting that it is unopposed, and being fully advised, the Court determines that the Motion should be GRANTED.

**IT IS HEREBY ORDERED** that:

1.  The matter of *JC Services, LLC and J&J Investments, LLC v. Certain Underwriters at Lloyd's of London; Certain Underwriters at Lloyd's of London D/B/A Hamilton Insurance DAC; and National American Insurance Company*, 2:24-CV-01260 GJF/JHR, shall be and hereby is consolidated into the case captioned, *National American Insurance Company v. JC Services, LLC and J&J Investments,* LLC, 2:24-CV-01170-GBW-GJF.

2.  The new caption after consolidation shall be styled as represented in the above caption, and the name of Defendant Certain Underwriters of Lloyd's of London d/b/a Hamilton Insurance DAC shall be changed to Hamilton Insurance DAC.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

**HINKLE SHANOR LLP**

Richard E. Olson
Post Office Box 10
Roswell, New Mexico 88202-0010
(575) 622-6510
rolson@hinklelawifirm.com

*s/ Thomas M. Hnasko*
Thomas M. Hnasko
Post Office Box 2068
Santa Fe, NM 87504-2068
(505) 982-4554
thnasko@hinklelawfirm.com

*Attorneys for JC Services, LLC & J&J Investments, LLC*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*Approved telephonically 04-02-25*
Lisa M. Wilson
1601 Elm Street, Suite 2600
Santander Tower
Dallas, TX 75201
Lisa.wilson@wilsonelser.com
214-698-8000

*Attorneys For Defendant*
*Certain Underwriters at Lloyd's of London Subscribing to Policy No. PO2022MEE1000SP*

**CLYDE & CO US LLP**

*Approved 04-03-25 via email by J. Hepworth*
Amy M. Samberg (NM Bar No. 154427)
Justin S. Hepworth (NM Bar No. 163290)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
725-249-2900
amy.samberg@clydeco.us
justin.hepworth@clydeco.us

*Attorneys for Hamilton Insurance DAC*

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

*Approved 04-03-25 via email by J. Noya*
Jennifer A. Noya
Sonya R. Burke
Post Office Box 2168
Bank of America Centre, Suite 1000
500 Fourth Street, N.W.
Albuquerque, New Mexico 87103-2168
(505) 848-1800
jnoya@modrall.com
srbu@modrall.com

*Attorneys for Defendant National American Insurance Company*